IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SA'QUAN LIGHTSEY,<br><br>    Plaintiff,<br><br>v.<br><br>BEAULIEU GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:16-CV-04292-WSD-CMS |

## **FINAL REPORT AND RECOMMENDATION**

On November 17, 2017, Plaintiff Sa'Quan Lightsey initiated this action by filing a complaint against Defendant Beaulieu Group, LLC with this Court. [Doc. 1]. On July 21, 2017, Defendant filed a Suggestion of Bankruptcy and Notice of Operation of Automatic Stay, notifying the Court that Defendant had filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et. seq., in the United States Bankruptcy Court for the Northern District of Georgia, Rome Division. [Doc. 37].

A debtor's filing of a petition under the Bankruptcy Code operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to

recover a claim against the debtor that arose before the commencement of the case under [the bankruptcy code]." See 11 U.S.C. § 362(a)(1). As such, because Defendant's bankruptcy proceeding is still ongoing, the instant action is stayed pursuant to 11 U.S.C. § 362.

Accordingly, I **RECOMMEND** that this action be **ADMINISTRATIVELY CLOSED** for the pendency of Defendant's bankruptcy proceeding. The parties should inform the Court when the bankruptcy court grants relief from the automatic stay or that stay otherwise lapses. The parties should also promptly move to reopen this case once the bankruptcy proceeding has been resolved.[1] I also **RECOMMEND** that this Court retain jurisdiction to vacate any order administratively closing this action and to reopen this action, if necessary.

**SO REPORTED AND RECOMMENDED**, this 16th day of February, 2018.

_Catherine Salinas_
Catherine M. Salinas
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.